In the Matter of Proving the Last Will and Testament of Henry W. Tibbitts, Deceased. George Tibbitts and Nettie Wakefield, Appellants; Alice E. Tibbitts,

Respondent.— Judgment and orders affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the finding of the jury was contrary to and against the weight of the evidence.